# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| PEGGY JONES, LaRONDA BLAKELY, MARSHA CORWIN, JANET ENGELKEN, ROBIN HARTKOPP, PAMM JOYNER-AZBILL, JUDY KLIMESH, SHIRLEY LONG, AMBER PLETSCH, KATHLEEN PRICE, WILLIAM STEVEN, VERNA SUNNES, and SAUNDRA WEST, <br><br> Plaintiffs, <br><br> vs. <br><br> DOLGENCORP, INC., and DOLLAR GENERAL PARTNERS, <br><br> Defendants. | No. C 10-3020-MWB |
| JUDY KLIMESH, <br><br> Plaintiff, <br><br> vs. <br><br> DOLGENCORP, INC., et al., <br><br> Defendants. | No. C 10-2034-MWB <br><br> **ORDER APPROVING SETTLEMENT** |

_____

This matter comes before me pursuant to plaintiff Judy Klimesh and defendant Dolgencorp's Joint Motion For Order Approving Individual Settlement, filed August 23, 2011. (docket no. 55.) Per my August 25, 2011, Order (docket no. 56), the parties submitted their confidential settlement agreement by email on August 25, 2011, for *in camera* inspection. I reviewed the parties' joint motion, agreed stipulation, and settlement

agreement. I have determined that the proposed settlement is a fair and equitable resolution to a *bona fide* dispute between the parties. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353-54 (11th Cir. 1982); *see also Moore v. Ackerman Inv. Co.*, No. C 07-3058-MWB, 2009 WL 2848858, at *2 (N.D. Iowa Sept. 1, 2009) (adopting the *Lynn's Food Stores* standard for evaluating settlements under the Fair Labor Standards Act).

THEREFORE, the settlement is **approved** and the parties' Joint Motion For Order Approving Individual Settlement (docket no. 55) is **granted**. Only defendant Dolgencorp is party to this settlement, as the other defendants, Dolgencorp of New York, Inc., Dolgencorp of Texas, Inc., and Dollar General Partners, continue to contest personal jurisdiction and venue. Nevertheless, both plaintiff Klimesh and defendant Dolgencorp request a dismissal of all Klimesh's claims against all defendants. At Klimesh's request and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2), Klimesh's claims against each defendant in this case are dismissed with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED.**

**DATED** this 31st day of August, 2011.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA